JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MARTIN,<br>Petitioner<br>v.<br>SHAWN HATTON, Acting Warden of Salinas Valley State Prison,<br>Respondent. | Case No. 2:18-cv-07173-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: October 28, 2019  _____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE